IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TRAVIS SCOTT CONKLIN, | : | No. 4:13-CV-0904 |
|---|---|---|
| Plaintiff | : | |
| v. | : | (Judge Brann) |
| SGT. HALE, LT. BRIGGER, WARDEN BURNS, and C.O. ROCKWELL, | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**O R D E R**

May 13, 2013

The undersigned has given full and independent consideration to the April 16, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 6. No objections have been filed.

Because this Court agrees with Judge Blewitt's recommendation that the action be transferred to the Western District of Pennsylvania, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's April 16, 2013 Report and Recommendation is ADOPTED in full. ECF No. 6.

2. The clerk is directed to transfer 4:13-CV-0904 to the Western District of Pennsylvania.

3. Initial screening of the complaint and disposition of plaintiff Travis Scott Conklin's application to proceed *in forma pauperis* are deferred to the transferee court.

4. The clerk is directed to close the file.

                                                    s/ Matthew W. Brann
                                                  Matthew W. Brann
                                                  United States District Judge